# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STANLEY ELAM** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | |
| **THE ATTORNEY GENERAL OF** | : | |
| **THE STATE OF PENNSYLVANIA** | : | **NO. 20-2255** |

## ORDER

**NOW**, this 27th day of July, 2021, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By A Person in State Custody (Doc. No. 1), the response to the Petition, and the Report and Recommendation filed by United States Magistrate Judge Marilyn Heffley (Doc. No. 16) , and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Marilyn Heffley is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.